UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>7208 GRAY STREET, LAS VEGAS, NEVADA 89145,<br><br>        Defendant. | Case No.: 2:21-cv-01112-GMN-NJK<br><br>**ORDER** |

On June 11, 2021, the United States filed a civil forfeiture action seeking forfeiture of real property located at 7208 Gray Street, Las Vegas, Nevada 89145. (Compl., ECF No. 1). This civil forfeiture action relates to 2:20-CR-254-CSD-EJY. (Fifth Status Report, ECF No. 14). The targeted party in both this civil case and the criminal case is the same, and the acts alleged in the prosecution arise out of the same conduct that led the United States to file the Complaint in this case. (*Id.*).

Accordingly,

The Clerk of Court is kindly requested to add a jump link to the CM/ECF case caption of this Forfeiture case noting 2:20-CR-254-CSD-EJY as a related case.

Dated this __4__ day of April, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court