**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

    Plaintiff,

v.

7208 Gray Street, Las Vegas, Nevada 89145,

    Defendant.

Case No. 2:21-cv-01112-GMN-NJK

**Order**

[Docket Nos. 34, 35]

Pending before the Court is the United States' motion to strike Plaintiff Christa Casilla's motion to compel.  Docket No. 35; *see also* Docket No. 34.

The United States submits that the motion to compel was filed in the wrong case. *See* Docket No. 34.  The motion on its face clearly demonstrates that it was meant to be filed in a different case.  *Id.*

Accordingly, the Court **GRANTS** the United States' motion and **INSTRUCTS** the Clerk's Office to **STRIKE** the erroneously filed motion to compel at Docket No. 34.  Docket No. 35.

IT IS SO ORDERED.

Dated: May 29, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1