T
A
S
F
D
N
M
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5090
Mark.McDonald2@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>7208 GRAY STREET LAS VEGAS, NEVADA 89145, MORE PARTICULARLY DESCRIBED AS: LOT SEVENTEEN (17) IN BLOCK FOUR (4) OF CHARLESTON RAINBOW UNIT NO. 10-A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 14 OF PLATS, PAGE 22, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA; TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 138-34-311-044,<br><br>Defendant. | 2:21-CV-1112-GMN-NJK<br><br>**Motion to Substitute Mark J. McDonald as Forfeiture Attorney and Withdraw Daniel D. Hollingsworth** |

Under LR IA 11-6(b), the United States moves this Court to substitute Assistant United States Attorney, Mark J. McDonald, as forfeiture attorney for the United States in place of Assistant United States Attorney, Daniel D. Hollingsworth.

The United States seeks to withdraw Daniel D. Hollingsworth as attorney and to terminate the CM/ECF notification because this case is reassigned. Under LR IA 11-

/ / /

/ / /

/ / /

6

d

Respectfully submitted,
TODD BLANCHE
Attorney General

*s/ Mark J. McDonald*
MARK J. MCDONALD
Assistant United States Attorney

IT IS SO ORDERED.
Dated: November 17, 2026

.
.

Nancy J. Koppe
United States Magistrate Judge